e. if the money arising from said sale shall be insufficient to pay the amounts due to Plaintiff with interest and the costs and expenses of sale, the Sale Officer shall specify the amount of such deficiency in the report of sale, and a judgment shall be entered therefore against the appropriate persons, if appropriate.

19. The Real Estate is commercial non-homestead property. Accordingly, Defendants are barred from claiming any right to homestead or other exemptions in said Real Estate.

20. Until such time as an order confirming the sale shall be entered, the Court hereby retains jurisdiction of the subject matter of this cause and of all the parties hereto for the purpose of enforcing and modifying this Judgment upon proper motion of the parties for inclusion in the judgment amount of additional costs and fees incurred in connection with the sale. A copy of this Order shall be mailed pursuant to 735 ILCS 5/2-1302.

**IT IS SO ORDERED.**

DATED: 08/04/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge